UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY,

                Plaintiff,

- against -

HERTZ CLAIMS MANAGEMENT CORPORATION, ACE AMERICAN INSURANCE COMPANY, ESIS, INC, and THE HERTZ CORPORATION,

                Defendants.

Civil Action No.
7:22-cv-10237

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended up to and including February 2, 2023.

    No provisions of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses, except that Defendants waive defenses based upon lack of personal jurisdiction and insufficiency of service of process.

    There has been no previous request for extension of time in connection with this matter.

Dated: New York, New York
          January 4, 2023

JAFFE & ASHER LLP

By: Marshall T. Potashner, Esq.
Attorneys for Plaintiff
445 Hamilton Avenue, Suite 405
White Plains, NY 10601
(212) 687-3000
mpotashner@jaffeandasher.com

BRAND GLICK BRAND

*Peter M. Khrinenko*
By: Peter M. Khrinenko, Esq.
Attorneys for Defendants
90 Merrick Ave, Suite 203
East Meadow, NY 11554
(516) 746-3500
pkhrinenko@bgbfirm.com

IT IS SO ORDERED
Dated: January _5_, 2023

                                          Hon. Nelson S. Roman
                                          United States District Judge